KHOUZAM, Judge.
 

 Annie Choctaw appeals her judgments and sentences for delivery of cocaine and possession of cocaine in circuit court case number 09-CF-246, and possession, of cocaine and possession of drug paraphernalia in circuit court case number 09-CF-247. Choctaw was sentenced as a habitual felony offender to concurrent sentences of 16.2 months’ imprisonment for delivery of cocaine and possession of cocaine in case number 09-CF-246. Choctaw correctly argues, and the State concedes, that the trial court erred in imposing a habitual felony offender sentence for the offense of possession of cocaine.
 
 See
 
 § 775.084(l)(a)(3), Fla. Stat. (2008);
 
 Bass v. State,
 
 894 So.2d 303, 303 (Fla. 2d DCA 2005).
 

 Accordingly, we reverse and remand for the trial court to strike Choctaw’s designation as a habitual felony offender from her sentence for possession of cocaine in case number 09-CF-246. Choctaw’s remaining judgments and sentences are otherwise affirmed.
 

 Affirmed in part, reversed in part, and remanded with directions.
 

 WHATLEY and KELLY, JJ., Concur.